**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HERMELINDO MARROQUIN DIAZ ROS,
Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, *et al.*,
Respondents.

Case No. 5:26-cv-05397-DOC-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation is approved and accepted; and (2) Judgment shall be entered granting the Petition.

DATED: 10/30/2026

David O. Carter

HON. DAVID O. CARTER
United States District Judge